# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2013

## NO. 03-11-00454-CV

**Appellant, Michael P. Krainz, Individually and Derivatively on behalf of Kodiak Resources, Inc.// Cross-Appellants, Kodiak Resources, Inc. and Matthew J. Telfer**

**v.**

**Appellees, Kodiak Resources, Inc. and Matthew J. Telfer// Cross-Appellee, Michael P. Krainz, Individually and Derivatively on behalf of Kodiak Resources, Inc.**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
REVERSED AND REMANDED -- OPINION BY JUSTICE ROSE**

---

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgment. **IT IS THEREFORE** ordered that the judgment of the trial court is reversed, and the cause is remanded for further proceedings. It is **FURTHER** ordered that the appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.